

HOLWELL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
             -v.-                :    SEALED
                                 :    INDICTMENT
JAIME HERNANDEZ,                 :
                                 :    08 Cr.
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - x

08 CRIM. 430

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

COUNT ONE

The Grand Jury charges:

On or about October 17, 2006, in the Southern District of New York, JAIME HERNANDEZ, the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about June 9, 1995, for criminal possession of a controlled substance in the third degree, a Class B felony, in New York State Supreme Court, Bronx County, New York, unlawfully, willfully, and knowingly did possess in and affecting commerce a firearm, to wit, HERNANDEZ sold an AK-47 semi-automatic rifle, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAIME HERNANDEZ,

Defendant.

INDICTMENT

08 Cr.

(Title 18, United States Code,
Section 922(g))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.