**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER |
| - v - | : | 08 Cr. 430 |
| JAIME HERNANDEZ, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - x

HONORABLE RONALD L. ELLIS, United States Magistrate Judge:

      The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 08 Cr. 430 may be unsealed.

Dated: May 21, 2008

_____
HONORABLE RONALD L. ELLIS
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 1 2008
```