CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

 ORIGINAL

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JAIME HERNANDEZ | DOCKET NO.<br>**08 CRIM.** | MAGISTRATE'S CASE NO.<br>**430** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>JAIME HERNANDEZ | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>☒ Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY<br>NEW YORK | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Felon in possession of a firearm

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>922(g) |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY  THEODORE H. KATZ<br>UNITED STATES MAGISTRATE JUDGE | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>5/15/'8 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br><br>DATE EXECUTED<br>5/21/08 | NAME AND TITLE OF ARRESTING OFFICER<br>Special Agent<br>Kevin Cochran | SIGNATURE OF ARRESTING OFFICER |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.