U.S. Department of Justice

**United States Attorney**
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2008

BY FACSIMILE

The Honorable Richard J. Holwell
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

    Re:   United States v. Jaime Hernandez
           08 Cr. 430 (RJH)

Dear Judge Holwell:

    The above-referenced defendant was arrested, presented and arraigned on May 21, 2008. Time was excluded until June 2, 2008, the date initially set by Your Honor for an initial pre-trial conference. However, defense counsel, Daniel Meyers, Esq., is unavailable for an initial conference until June 27, 2008, and therefore the Court has rescheduled the conference for 11:30 a.m. on that day. The Government, therefore, respectfully requests that the Court exclude the time between today and June 27, 2008, in the interest of justice, pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Mr. Meyers consents to this request.

    In addition, please be advised that as of June 20, 2008 I will no longer be working as an Assistant United States Attorney in this Office, and this case will be handled going forward by Assistant United States Attorney Margaret Garnett. Ms. Garnett may be reached at extension 2520.

*[Handwritten:* Time is excluded under the STA from 6/2/08 to 6/27/08 in the interests of justice for the above stated reasons

SO ORDERED: [signature]
USDJ
5/22/08 *]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Lauren M. Ouziel
Assistant United States Attorney
(212) 637-1065

cc:   Daniel Meyers, Esq.