UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | **ECF CASE** |
| ) | |
| ) | **NOTICE OF APPEARANCE AND** |
| v. ) | **REQUEST FOR ELECTRONIC** |
| ) | **NOTIFICATION** |
| JAIME HERNANDEZ, ) | |
| ) | **08 Cr. 430 (RJH)** |
| Defendant. ) | |

TO:    Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as an additional Lead Filing User (representing the United States Attorney's Office) to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
        August 22, 2008

                                              Respectfully submitted,

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York


                                  By:    s/Jillian B. Berman
                                         Assistant United States Attorney
                                         W: (212) 637-2197
                                         F: (212) 637-0084
                                         Jillian.b.berman@usdoj.gov

TO:    Defense Counsel

## CERTIFICATE OF SERVICE

Jillian B. Berman deposes and says:

That she is employed in the Office of the United States Attorney for the Southern District of New York; and

That on August 22, 2008, she caused to be served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION to be filed via Electronic Filing, thereby sending notice to the following Counsel of Record:

Daniel Meyers
Daniel Meyers, Attorney-At-Law
299 Broadway
Suite 806
New York, NY 10007
(212) 226-4106
Fax: (212) 431-0107
Email: dmaxmeyers@aol.com

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. Section 1746.

By:   s/Jillian B. Berman
Jillian B. Berman
Assistant United States Attorney

Executed on:  August 22, 2008
New York, New York